People of the State of Illinois ex rel. Philip English, Harold C. Mahoney, and Peter Schmidt, Petitioners-Appellants, v. Jack E. Bowers, State's Attorney of DuPage County, et al., Defendants-Appellees.

Gen. No. 11,543.

Second District, Second Division.
February 8, 1962.

Charles B. Marshall and Herbert C. Loth, Jr., of Chicago, and Rudolph A. Vasalle, of Chicago (Deceased), for appellants; William J. Bauer,

State's Attorney of DuPage County, Joseph A. Donovan, of Wheaton, and Robert J. Scott and Schmid & Orstrom, of Glen Ellyn, for appellees. Opinion by JUDGE WRIGHT. Not to be published in full.